**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| RE: ROCCO VAUGHN | ) | Case No. 09 B 23427 |
| | ) | |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Judge: JACK B SCHMETTERER |

### NOTICE OF MOTION

| | |
|---|---|
| ROCCO VAUGHN | JAY F FORTIER |
| | 6832 W NORTH AVE #2A |
| 6 NORTH HAMLIN #1213 | CHICAGO IL |
| CHICAGO IL | |
| 60624 | 60707 |

Please take notice that on the 12th day of August 2009 at 11:00 AM my designee or I will appear before the Honorable Judge JACK B SCHMETTERER in COURTROOM 682, 219 S DEARBORN ST, CHICAGO ILLINOIS, and present the motion as set forth below.

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 200 S. Michigan Ave., Chicago, IL on July 15, 2009.

/s/ Tom Vaughn

### TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER SECTION 521(a)(1)

Now comes Tom Vaughn, Trustee in the above entitled case and moves this Honorable Court to dismiss this case for cause pursuant to 11 U.S.C. § 1307(c) and in support thereof states as follows:

1. That the Debtor(s) filed the current petition for relief on June 26, 2009 .

2. That the above-captioned plan has not yet been confirmed.

3. Debtor has failed to file the following documents within 15 days of filing the petition:
   Debtor has failed to provide pay advices

4. 11 U.S.C. §521(a)(1) requires the debtor to file specified documents

5. Rule 1007(c) Rules of Bankruptcy Procedure require that certain documents be filed with the petition, or within 15 days thereafter.

WHEREFORE, the Trustee requests that this court dismiss this case for cause under 11 U.S.C.§1307 (c) and for any and all other relief this court deems just and proper.

Respectfully submitted,

/s/ Tom Vaughn